IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> CROWN MEDIA UNITED STATES, LLC, <br><br> Defendant. | Case No. 2:21-cv-230-RJC |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Robert Jahoda and Thomas Klaus hereby voluntarily dismiss with prejudice their claims against Defendant Crown Media United States, LLC.

Dated: December 28, 2021

Respectfully Submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(412) 322-9243

Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
NickC@lcllp.com

*Counsel for Plaintiffs*